BEATRICE FEINSTEIN, Respondent, v. LEWIS J. FEINSTEIN, Appellant, and LEONA DEUTSCH, also Known as LEONA FEINSTEIN, and JAY J. FEINSTEIN, Defendants.— Order denying motion of defendant-appellant to dismiss the complaint on the ground that it fails to set forth facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVA SCHRON, Respondent, v. HARRY KIRSCHENBAUM, Appellant.— Action to recover damages for fraudulent representations alleged to have been made by defendant in a transaction involving the sale of a luncheonette stand to plaintiff. Judgment for plaintiff after trial at Trial Term without a jury unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IKE JAFFE, Respondent, v. JACOB SIEGEL, Doing Business as JACOB SIEGEL COMPANY, Appellant.— Action for breach of an oral contract of employment. Judgment entered on a verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY D. BAKER, Appellant-Respondent, v. GEORGE B. LINK, Respondent-Appellant.— Plaintiff appeals from so much of an order as denies his motion to strike out the first separate defense and to dismiss the counterclaim in the amended answer. Defendant appeals from so much of said order as grants plaintiff's motion to the extent of striking out the second, third and fourth defenses contained in the amended answer. Order unanimously modified by reinstating the second defense, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NATHANIEL J. HESS and ENJAY HOLDING Co., INC., Respondents, v. EDWARD V. PETERS and AMELIA M. CAMPBELL, Administratrix, etc., of FRANK E. CAMPBELL, Deceased, Appellants.— Action for breach of contract. Judgment entered on a directed verdict in favor of plaintiffs, after trial at Trial Term by the court and a jury, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ABRAHAM LEDERMAN, Respondent, v. EMKAY MOTOR RENTING Co., INC., Defendant, Impleaded with EMKAY SERVICE CORPORATION, Appellant.— Order denying motion of defendant-appellant to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action against said defendant, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs, and the ten dollars motion costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DAVID TANNENBAUM, Appellant, v. SIMON RIVKIN and SAMUEL WHITE, Respondents.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.